No. 6210. BRADEN *v.* HOCKLANDER, JUDGE. Sup. Ct. Ala. Certiorari denied.

No. 6282. DOONER *v.* DIRECTOR, KINGS PARK STATE HOSPITAL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 6297. WRIGHT *v.* DISTRICT COURT OF MONT-GOMERY COUNTY. Sup. Ct. Kan. Certiorari denied.

No. 6350. CARR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6456. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6472. AKIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6482. HIGDON *v.* UNITED STATES; and
No. 1303. HIGDON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 434 F. 2d 622.

No. 6499. FASSLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6500. GEIGER *v.* McBEE. C. A. 7th Cir. Certiorari denied.

No. 6505. NIEMEYER *v.* CICCONE, MEDICAL CENTER DIRECTOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 6508. GOETLUCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6511. SMITH *v.* RODGERS, JAIL SUPERINTENDENT. C. A. D. C. Cir. Certiorari denied.

No. 6517. BENOIT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 6534. MINES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.